| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leodis C. Matthews [SBN 109064]<br>Dick P. Sindicich [SBN 78162]<br>Zhong Lun Law Firm LLP<br>4322 Wilshire Blvd. Suite 200<br>Los Angeles, cA 90010<br>Tel. 323-930-5690<br>Fax. 323-930-5693<br>LeodisMatthews@zhonglun.com<br>DickSindicich@zhonglun.com<br><br>*Attorney for:* Plaintiff Beijing SouFun and Technology | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Yao Lin<br><br>Debtor(s). | CASE NO.: 1:23-bk-10733-MB<br>ADVERSARY NO.: 1:23-ap-01036-MB<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| Beijing Soufun Science and Technology Development Co. Ltd.,<br><br>Plaintiff(s),<br>vs.<br>Yao Lin<br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    Plaintiff Beijing Soufun Science and Technology Development Co. Ltd.

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

    Leodis C. Matthews, Dick P. Sindicich
    Zhong Lun Law Firm LLP, 4322 Wilshire Blvd. Suite 200, Los Angeles, CA 90010
    Tel. 323-930-5690
    Email: LeodisMatthews@zhonglun.com; DickSindicich@zhonglun.com

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☒ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                   Page 1                                   F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

   Karen Rinehart, Stephen H. Warren, Marc Feinstein, Jordan A. Weber, O'Melveny & Myers LLP

Date: 03/11/2024

_____
Signature of party

Beijing SouFun Science and Technology
_____
Printed name of party

_____
Signature of second party (if applicable)

_____
Printed name of second party (if applicable)

_____
Signature of third party (if applicable)

_____
Printed name of third party (if applicable)

_____
Signature of fourth party (if applicable)

_____
Printed name of fourth party (if applicable)

I consent to the above substitution.

Date: 03/14/2024

_____
Signature of present attorney

Sherin Parikh
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 03/11/2024

_____
Signature of new attorney

LEODIS C. MATTHEWS
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 2                                    **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Zhong Lun Law Firm LLP, 4322 Wilshire Blvd. Suite 200, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/18/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
mfeinstein@omm.com; krinehart@omm.com; swarren@omm.com; jweber@omm.com; bklolaw@gmail.com;

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 03/18/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Blvd. Suite 342/ Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/18/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (SV)
915 Wilshire Blvd. Suite 1850
Los Angeles, CA 90017
Overnight Mail

Trustee
Amy L. Goldman
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Overnight Mail

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/18/2024 | PEONIE P. CHEN | */s/ Peonie P. Chen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 3    F 2091-1.SUBSTITUTION.ATTY