**LO & LO LLP**
JONATHAN J. LO (SBN 305306)
jonathan@lolollp.com
KELVIN J. LO (SBN 314611)
kelvin@lolollp.com
BRENDAN T. MOLLOY (346921)
brendan@lolollp.com
506 North Garfield Avenue, Suite 280
Alhambra, California 91801
Telephone: 626.289.8838
Facsimile: 626.380.3333

Attorneys for Debtor/Defendant
YAO LIN

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:23−bk−10733−MB |
| YAO LIN, | Adv. No. 1:23-ap-01036-MB |
| | Chapter 7 |
| Debtor. | Hon. Martin R. Barash |
| BEIJING SOUFUN SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD., | **DEFENDANT YAO LIN'S INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION** |
| Plaintiff, v. | Date:<br>Time: |
| YAO LIN, | Place: 21041 Burbank Blvd., Crtrm 303<br>        Woodland Hills, CA 91367 |
| Defendant. | Judge: Hon. Martin R. Barash |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY**

**JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE PLAINTIFF, AND**

**PARTIES IN INTEREST:**



1

DEFENDANT YAO LIN'S INDEX OF EXHIBITS

1  In compliance with this Court's Local Bankruptcy Rule 7056-1(b)(2), Defendant YAO
2  LIN ("YAO LIN" or "Defendant"), by hereby submits the Index of Exhibits ("Index"), including
3  (i) a summary of each exhibit; (ii) its authentication; (iii) its basis for its admission is attached to
4  this pleading and is incorporated herein by reference. The Index additionally identifies those
5  exhibits for which Defendant requests judicial notice be taken. Pursuant to Fed.R.Evid. 201,
6  Defendant respectfully requests judicial notice be taken. This Index is made in support of
7  Defendant's motion for summary judgment on the adversary complaint ("Complaint") filed by
8  plaintiffs BEIJING SOUFUN SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD.
9  ("Plaintiff").

**INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDMGENT [LBR 7056-1(b)(2)]**

**SUMMARY JUDGMENT**

| No. | Description | Declarant | Authentication | Admissibility |
|---|---|---|---|---|
| No. 1 | March 17, 2014 Memorandum of Agreement regarding the first separation of Jia Chen and Yao Lin. | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 2 | Declaration of Yao Lin | Yao Lin | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 3 | Declaration of Jia Chen | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 4 | Email communication between Jia Chen and her Friend Amy Lee dated March 18, 2014 regarding Yao Lin's Cheating | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 5 | Grant Deed relating to the purchase of the 27487 Latigo Bay View Drive, Malibu CA 90265 Property (the "Latigo | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1)) | Records of Documents Affecting an Interest in Property (FRE |



2

DEFENDANT YAO LIN'S INDEX OF EXHIBITS

| No. | Description | Witness | Authentication | Hearsay Exception |
|---|---|---|---|---|
|  | Bay Property") dated May 15, 2015 |  |  | 803(14) |
| No. 6 | Email communication between Jia Chen and her friend Amy Lee dated August 5, 2014 speaking about Yao Lin's reuniting with Jia Chen. | Yao Lin | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 7 | Yao Lin's Memorandum of Points and Authorities in support of opposition to petition for confirmation recognition and enforcement of foreign arbitration award | N/A | Certified Public Records (FRE 902(4)); Request for Judicial Notice (FRE 201) | Party Admission (FRE 801(d)(2)(A), (B)) |
| No. 8 | Grant deed relating to the purchase of the 31663 Broad Beach Road, Malibu, CA 90265 property (the "Broad Beach Property") | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1)) | Records of Documents Affecting an Interest in Property (FRE 803(14) |
| No. 9 | Record of Yao Lin's Wechat payment transfers to his mistress discovered by Jia Chen and dated January 30, 2018. | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 10 | January 31, 2018 Memorandum of Agreement regarding the second separation of Jia Chen and Yao Lin. | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 11 | Denial of Coverage Letter from Farmers Insurance Regarding the Latigo Bay Property | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 12 | Jia Chen emails with the Malibu emergency relief fund dated December 8 to 31, 2018 | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |



| | | | | |
|---|---|---|---|---|
| No. 13 | Jia Chen Letter to FEMA dated November 24, 2018 | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 14 | Grant Deed transferring the Latigo Bay Property to Jia Chen as her sole and separate property dated January 7, 2019 | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1)) | Records of Documents Affecting an Interest in Property (FRE 803(14) |
| No. 15 | Grand Deed transferring the Broad Beach Property to Jia Chen as her sole and separate property dated January 7, 2019 | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1)) | Records of Documents Affecting an Interest in Property (FRE 803(14) |
| No. 16 | Notarization of Grant Deed transferring the Latigo Bay Property to Jia Chen as her sole and separate property dated March 11, 2019 | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Records of Documents Affecting an Interest in Property (FRE 803(14) |
| No. 17 | Notarization of Grant Deed transferring the Broad Beach Property to Jia Chen as her sole and separate property dated March 11, 2019 | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Records of Documents Affecting an Interest in Property (FRE 803(14) |
| No. 18 | Memorandum of Understanding between Wirecard and Allscore whereby Wirecard offers to purchase Allscore. | Yao Lin | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 19 | WeChat Transfer Records between Yao Lin and his Mistress discovered by Jia Chen as evidence of continuing affair | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 20 | Wechat Chat history between Jia Chen and her lawyer Mr. Sun regarding | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |



DEFENDANT YAO LIN'S INDEX OF EXHIBITS

| No. | Description | Witness | Authentication | Basis |
|---|---|---|---|---|
|  | proceeding with a divorce after discovering the affair had continued. Chats are dated from September 5 2019 to September 10, 2019. |  |  |  |
| No. 21 | Divorce Agreement between Yao Lin and Jia Chen dated September 12, 2019 | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 22 | Divorce Certificate for Yao Lin and Jia Chen registered in China and dated September 12, 2019 | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1))<br><br>Foreign Public Documents (FRE902(3)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 23 | Agreement dated November 5, 2019 for Wirecard to purchase Joydragon and Aiwu the holding companies for Allscore for a total of €78,695,023. | Yao Lin | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 24 | Registration for Joy Dragon Consultants Limited | Yao Lin | Witness Testimony (FRE 901(b)(1))<br><br>Foreign Public Documents (FRE902(3)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 25 | News Article regarding Wirecard's agreement to purchase Allscore. | Yao Lin | Request for Judicial Notice (FRE 201) | Fed. R. Evid. 201(b), (c):(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately |



| | | | | |
|---|---|---|---|---|
| | | | | and readily determined from sources whose accuracy cannot reasonably be questioned.(c) Taking Notice. The court:(1) may take judicial notice on its own; or (2) must take judicial notice if a party requests it and the court is supplied with the necessary information. |
| No. 26 | Prenuptial Agreement between Yao Lin and Jia Chen signed on December 24, 2019 before the parties remarried. | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 27 | Marriage Certificate dated December 30, 2019 relating to when Jia Chen and Yao Lin remarried. | Yao Lin and Jia Chen | Witness Testimony (FRE 901(b)(1))<br><br>Foreign Public Documents (FRE902(3) | Personal Knowledge (FRE 901(b)(1)) |
| No. 28 | Financial Times Limited news article regarding the collapse of Wirecard into insolvency and dated June 25, 2020 | Yao Lin | Request for Judicial Notice (FRE 201) | Fed. R. Evid. 201(b), (c):(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose |



| | | | | |
|---|---|---|---|---|
| | | | | accuracy cannot reasonably be questioned.(c) Taking Notice. The court:(1) may take judicial notice on its own; or (2) must take judicial notice if a party requests it and the court is supplied with the necessary information. |
| No. 29 | Email communications between Yao Lin and Wirecard regarding the merger and acquisition of Allscore | Yao Lin | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 30 | Escrow documents regarding Jia Chen's taking of the Broad Beach Property mortgage into her sole name dated March 23, 2021 | Jia Chen | Witness Testimony (FRE 901(b)(1)) | Personal Knowledge (FRE 901(b)(1)) |
| No. 31 | Plaintiff BSF's Adversary complaint | N/A | Certified Public Records (FRE 902(4)); Request for Judicial Notice (FRE 201) | Party Admission (FRE 801(d)(2)(A), (B))<br><br>Fed. R. Evid. 201(b), (c):(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose |



DEFENDANT YAO LIN'S INDEX OF EXHIBITS

| | | | | accuracy cannot reasonably be questioned.(c) Taking Notice. The court:(1) may take judicial notice on its own; or (2) must take judicial notice if a party requests it and the court is supplied with the necessary information. |
|---|---|---|---|---|

Dated: May 15, 2025                    LO & LO LLP

By: _____
Jonathan J. Lo
Kelvin J. Lo
Brendan T. Molloy
Attorneys for Debtor/Defendant
YAO LIN

DEFENDANT YAO LIN'S INDEX OF EXHIBITS