**LO & LO LLP**
JONATHAN J. LO (SBN 305306)
jonathan@lolollp.com
KELVIN J. LO (SBN 314611)
kelvin@lolollp.com
BRENDAN T. MOLLOY (346921)
brendan@lolollp.com
506 North Garfield Avenue, Suite 280
Alhambra, California 91801
Telephone: 626.289.8838
Facsimile: 626.380.3333

Attorneys for Debtor/Defendant
YAO LIN

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>YAO LIN,<br><br>            Debtor.<br><br>BEIJING SOUFUN SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD.,<br><br>            Plaintiff,<br>   v.<br>YAO LIN,<br><br>            Defendant. | Case No. 1:23−bk−10733−MB<br><br>Adv. No. 1:23-ap-01036-MB<br><br>Chapter 7<br><br>Hon. Martin R. Barash<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT YAO LIN'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>Date:<br>Time:<br>Place: 21041 Burbank Blvd., Crtrm 303<br>       Woodland Hills, CA 91367<br>Judge: Hon. Martin R. Barash |



1

[PROPOSED] ORDER GRANTING DEFENDANT YAO LIN'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION

# **[PROPOSED] ORDER**

Defendant YAO LIN ("LIN")'s motion for summary judgment or, alternatively, summary adjudication on the adversary complaint ("AC") filed by plaintiff BEIJING SOUFUN SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD., ("BSF"), came before the Court for hearing on _____, 2025 at _____ a.m./p.m. in courtroom 303 of the Courthouse, located at 21041 Burbank Blvd., Woodland Hills, CA 91367, with the Honorable Martin R. Barash presiding.

The Court, having reviewed the moving, opposing, and reply papers, and all other evidence and matters presented, hereby finds that there are no triable issues of material fact and orders that:

1. LIN's motion for summary judgment is GRANTED.
2. LIN's motion for summary adjudication on the issue of whether the judgment debt is dischargeable is GRANTED.
3. LIN's motion for summary adjudication on the issue of whether BSF's second cause of action for non-dischargeability under 523(a)(6) fails to state any cause of action against LIN is GRANTED.
4. LIN's motion for summary adjudication on the issue of whether BSF's third, fourth, and fifth causes of action fail to state any cause of action against LIN is GRANTED.
5. BSF's entire Adversary Complaint is dismissed with prejudice, and a judgment in favor of LIN shall be entered accordingly.

**IT IS SO ORDERED.**

Dated: _____, 2025

By: _____
Hon. Martin R. Barash
Judge of the Central District of California

