Case 1:23-ap-01036-MB    Doc 40    Filed 07/08/25    Entered 07/08/25 11:42:44    Desc
Main Document    Page 1 of 3

**FILED & ENTERED**

**JUL 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Cetulio    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>YAO LIN,<br><br>           Debtor.<br><br>BEIJING SOUFUN SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD.,<br><br>           Plaintiff,<br><br>           vs.<br><br>YAO LIN,<br><br>           Defendant. | Case No.: 1:23-bk-10733-MB<br><br>Chapter 7<br><br>Adv. Proc. No.: 1:23-ap-01036-MB<br><br>**ORDER:**<br><br>**[1] CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BASED ON DEFENDANT'S DEFECTIVE NOTICE [ADV. DKT. 28]; AND**<br><br>**[2] DENYING AS MOOT PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO FILE LATE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ADV. DKT. 39]**<br><br><u>New Hearing Date on Defendant's Motion for Summary Judgment</u><br>Date:  September 29, 2025<br>Time:  2:30 p.m.<br>Ctrm:  303<br>      21041 Burbank Boulevard<br>      Woodland Hills, CA 91367<br><br>Parties in interest may appear in person or remotely using ZoomGov video and audio: |
**ORDER CONTINUING MSJ HEARING & DENYING AS MOOT EMERGENCY MOTION**

Case 1:23-ap-01036-MB    Doc 40    Filed 07/08/25    Entered 07/08/25 11:42:44    Desc
Main Document    Page 2 of 3

URL: **https://cacb.zoomgov.com/j/1616365105**
Meeting ID: **161 636 5105**
Password: **677527**
Telephone Numbers:   **1 (669) 254 5252**
    **or 1 (646) 828 7666**
    **or 1 (669) 216 1590**
    **or 1 (551) 285 1373**
    **or 1 (833) 568 8864**

On May 15, 2025, chapter 7 debtor and defendant Yao Lin (the "Defendant") filed his *Motion for Summary Judgment* (the "MSJ"), which the Court set for hearing on July 17, 2025, at 2:30 p.m. Adv. Dkt. 28, 29. Local Bankruptcy Rule 7056-1 governs all motions for summary judgment and provides that opposition to a motion for summary judgment is due not later than 21 days before the hearing date on the motion. LBR 7056-1(c)(1). Defendant is required to file and serve notice of the opposition deadline. LBR 7056-1(b). Defendant filed two notices regarding his MSJ, both of which incorrectly stated that opposition to the MSJ is due 14 days before the July 17, 2025, hearing date. Adv. Dkt. 30, 32.

Local Bankruptcy Rule 7056-1 also requires a movant to *lodge via LOU* with the motion for summary judgment a proposed summary judgment. LBR 7056-1(b)(2). To date, Defendant has not lodged via LOU his proposed summary judgment.

On July 7, 2025, plaintiff Beijing Soufun Science and Technology Development Co., Ltd. (the "Plaintiff") filed its *Emergency Motion for Leave to File Late Opposition to Defendant's Motion for Summary Judgment* (the "Emergency Motion") seeking leave to file opposition to the MSJ by July 24, 2025. Adv. Dkt. 39.

Based on the foregoing, and for good cause appearing, **IT IS HEREBY ORDERED THAT:**

1.    The hearing on Defendant's MSJ is continued to **September 29, 2025, at 2:30 p.m.** The July 17, 2025, hearing on the MSJ is VACATED.

2. No later than August 18, 2025, Defendant shall lodge via LOU a proposed summary judgment. Defendant shall file and serve on Plaintiff a notice of lodgment of his proposed summary judgment.

3. All opposition and reply deadlines regarding the MSJ are governed by LBR 7056-1 and shall be determined based on the September 29, 2025 hearing date.

4. Plaintiff's Emergency Motion is **DENIED AS MOOT.**

### ###

Date: July 8, 2025

Martin R Barash
United States Bankruptcy Judge